UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| MARCUS KENDALL MCGHEE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:17-CV-201 |
| § | |
| MARCUS CAMBY, § | |
| § | |
| Defendant. § | |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's and Intervenor's claims, unless any party represents in writing filed with the Court on or before **October 17, 2018** that the settlement could not be completely documented.

All pending motions are hereby **DENIED as moot**.

SIGNED at Galveston, Texas, this 17th day of August, 2018.

_____
George C. Hanks Jr.
United States District Judge